UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Nicholas Goblirsch,<br><br>    Plaintiff,<br><br>vs.<br><br>Jay Castonguay, individually and as an officer<br>of the Lakeville Police Department,<br>Doyle Cockrell, individually and as an<br>officer of the Lakeville Police Department,<br>and the City of Lakeville,<br><br>    Defendants. | Case No. 08-CV-764 RHK/JJK<br><br>ORDER FOR<br>PARTIAL DISMISSAL |

_____

  Based upon the Stipulation of the parties,

  IT IS HEREBY ORDERED that defendant Doyle Cockrell and Count Two of the Complaint titled "Conspiracy to Violate Civil Rights" are hereby dismissed with prejudice and without costs to either party. The caption shall therefore be amended as follows:

_____

| | |
|---|---|
| Nicholas Goblirsch,<br><br>    Plaintiff,<br><br>vs.<br><br>Jay Castonguay, individually and as an officer<br>of the Lakeville Police Department<br>and the City of Lakeville,<br><br>    Defendants. | Case No. 08-CV-764 RHK/JJK |

_____

                BY THE COURT:

Dated:   12/3/08        s/Richard H. Kyle
                     RICHARD H. KYLE
                     U.S. District Judge