**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Nicholas Goblirsch, | Civil No. 08-764 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| v. | |
| Jay Castonguay, individually and as an officer of the Lakeville Police Department, and the City of Lakeville | |
| Defendants. | |

---

Based upon the Stipulation of the parties (Doc. No. 38), **IT IS ORDERED** that Defendant Jay Castonguay and Count One of the Complaint is hereby **DISMISSED WITH PREJUDICE** and without costs to either party. The caption shall be amended as follows:

| | |
|---|---|
| Nicholas Goblirsch, | Civil No. 08-764 (RHK/AJB) |
| Plaintiff, | |
| v. | |
| The City of Lakeville, | |
| Defendant. | |

Dated:  March 20, 2009

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge