**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nicholas Goblirsch,    Civil No. 08-764 (RHK/JJK)

**ORDER**

       Plaintiff,

v.

The City of Lakeville,

       Defendant.

Based upon the Stipulation of the parties (Doc. No. 45), **IT IS ORDERED** that the above-entitled matter is hereby **DISMISSED WITH PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 26, 2009

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge